**Order entered February 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00064-CV

**JAY COOPER, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, Appellee**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-02636-2018**

## ORDER

Before Chief Justice Burns, Justice Brown, and Justice Nowell

Before the Court are appellant's January 31, 2019 objections to this Court's order dated January 24, 2019 and motion to extend the time to comply with that order. We **OVERRULE** appellant's objections.

We **GRANT** appellant's extension motion **to the extent** that appellant shall file, by **February 19, 2019**, a copy of the order from the local administrative judge giving permission to file this appeal. We again caution appellant that the Court will dismiss the appeal for want of jurisdiction if appellant fails to comply.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE